Siddeeq Q. Williams
Reg. No. 71042-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

January 7, 2021

Honorable Brian R. Martinotti
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

RE:   United States v. Siddeeq Williams
      Case No:   3:17-CR-00484-BRM-1

Dear Honorable Judge Martinotti:

    I am writing to you again as a plea for help. As stated previously, I have been trying to get medical attention since December 7th, but my pleas for medical help have fallen on deaf ears.

    On January 5th, 2021, I was put on "Sick Call" to see a doctor, but then the appointment was cancelled at 8:00am that same day. At that time I immediately emailed the Assistant Warden, Dr. Kodger, who is responsible for everything medical at FCI Fort Dix. She replied, "Your message has been forwarded to the appropriate staff member," but I've never received any other response or attention on this matter.

    That same day (January 5th) I was approached by a staff member in an attempt to force me to move to another building on the East Side of the compound to put me to work in the East Side kitchen preparing meals for all of the inmates on that side of the compound.

    Your Honor, I am <u>still sick</u>. The BOP staff at FCI Fort Dix, in the most egregious manner and in complete disregard of human life, moved 50 of my neighboring inmates in unit 5812 to unit 5712 on the East Compound to work in the kitchen. These inmates were moved between December 28th and January 7th, and three of those inmates tested <u>positive</u> for COVID-19 as recently as December 23rd. Most of those inmates are still symptomatic, and now they're preparing meals for approximately 1,250 inmates.

    My attorney, Jon Kearney, has been contacting FCI Fort Dix since January 6, 2021, in an attempt to schedule a legal call with me, and his

1

requests are being ignored. He had called the Warden's office in November, only to be hung up on. I now have to mail legal mail out via a third party because my mail, even certified mail, is being blocked by the mail room at FCI Fort Dix and never leaves the institution if it has my name on it. This is clear violation of my rights, including due process and access to the courts.

As of today, January 7th, FCI Fort Dix has over 2,500 inmates, with 1,250 of those having tested positive for COVID-19. That number constitutes 724 "active" cases and 526 "recovered" cases. At the same time there are 21 "active" cases amongst the staff at FCI Fort Dix and 45 "recovered."

Bureau of Prisons' policy of moving inmates from the "active" status to the "recovered" status after 10 days of testing positive is deceptive. CDC guidelines do say that a person can be considered as "recovered" after 10 days being <u>asymptomatic</u>, but the medical staff at FCI Fort Dix are falsely labeling <u>all</u> <u>inmates</u> as asymptomatic, and then moving them into the "recovered" category in order to keep the numbers down. 100% of the 223 inmates from my housing unit (5812) were marked as "recovered" at the same time on December 3rd, even though the vast majority are still are still suffering symptoms. This was the same day Unit 5802 tested positive for COVID-19, which resulted in the "active" cases number at FCI Fort Dix actually going down from the previous day. This deceptive and misleading practice of falsifying inmates' medical records to show us as asymptomatic and healthy prevents us from receiving proper medical treatment now, and in the future. Many of us in 5812 are still sick and the BOP is refusing to test us or treat us.

The camp at FCI Fort Dix is experiencing its second outbreak of COVID-19, and approximately 35 campers were moved into Unit 5851 on the West Compound this past week. One of those campers is sick with COVID-19 for the second time.

As of today there are only two (2) open housing units at FCI Fort Dix; one of those is my building (Unit 5812), which is the building which experienced the highest number of sick inmates (223 out of 230). Once again, some of those inmates tested positive as recently as December 23rd as they were preparing to be shipped out to ICE holding facilities.

Your Honor, this is again a cry for help. The Bureau of Prisons has lost control at FCI Fort Dix. COVID-19 is running rampant with more than

2

half of the inmate population sick; a significant amount of the staff are out sick; many of the administration are "working from home" in an effort to avoid the catastophe here at the prison; many of the staff have put in their resignations over the last three weeks; the officer's union is reportedly discussing options of a staff "walk out"; there are ambulances every day; and, inmates sick with COVID-19 are being forced to work for $0.14 an hour, seven days a week, to prepare <u>all</u> of the meals for the entire prison population.

Inasmuch, the BOP has <u>failed</u> their "Duty of Care," as set forth in section 4042(a)(2) and (3) - and breached that duty by creating an environment that would promote the spread of the deadly coronavirus resulting in Mr. Williams and 1,249 of his neighbors having been exposed to and/or contracting the virus.

The prima facie evidence is clear and overwhelming. Extraordinary and compelling circumstances exist that warrant the immediate release of Siddeeq Williams from the custody of the Bureau of Prisons.

Respectfully,

Date: 1.7.21

*Siddeeq Williams* (signature)
Siddeeq Q. Williams
Reg. No. 71042-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

3

TRULINCS 71042050 - WILLIAMS, SIDDEEQ Q - Unit: FTD-Q-B

----------------------------------------------------------------------------------------

FROM: AW Services
TO: 71042050 WILLIAMS, SIDDEEQ Q
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/05/2021 01:47 PM

Your message has been forwarded to the appropriate staff member.

>>> ~^!"WILLIAMS, ~^!SIDDEEQ Q" <71042050@inmatemessage.com> 1/5/2021 8:35 AM >>>
To: Dr. Kodger
Inmate Work Assignment: PM Yard

I've been putting sick call slips since December 7th because I still have shortness of breath, sore throat and my ears are still in pain and I still haven't seen anyone. I was put on for a call out today, but then it was canceled at the last minute. I've been done with my antibiotic for weeks now, can you have someone in medical see me asap.

```
TRULINCS 71042050 - WILLIAMS, SIDDEEQ Q - Unit: FTD-Q-B
```
-----

FROM: 71042050 WILLIAMS, SIDDEEQ Q
TO: AW Services
SUBJECT: ***Request to Staff*** WILLIAMS, SIDDEEQ, Reg# 71042050, FTD-Q-B
DATE: 01/05/2021 08:35 AM

To: Dr. Kodger
Inmate Work Assignment: PM Yard

I've been putting sick call slips since December 7th because I still have shortness of breath, sore throat and my ears are still in pain and I still haven't seen anyone. I was put on for a call out today, but then it was canceled at the last minute. I've been done with my antibiotic for weeks now, can you have someone in medical see me asap.

# COMMISSARY SHOPPING SCHEDULE

This is the schedule you will follow for January 4, 2021 through January 14, 2021.

Quarantine/Isolation Units will be restricted to a $50.00 spending limit plus a radio or MP3 player!!! (NO other additions & NO soda sales, WATER ONLY)

### WEST COMPOUND:

**1ST WEEK**
| | |
|---|---|
| 1/4 Monday | 5841 / SHU |
| 1/5 Tuesday | 5802 / 5806 |
| 1/6 Wednesday | 5803 / 5851 |
| 1/7 Thursday | 5812 / 5852 |

**2ND WEEK**
| | |
|---|---|
| 1/11 Monday | 5841 / SHU |
| 1/12 Tuesday | 5802 / 5806 |
| 1/13 Wednesday | 5803 / 5851 |
| 1/14 Thursday | 5811 |

### EAST COMPOUND:

**1ST WEEK**
| | |
|---|---|
| 1/4 Monday | 5702 / 5712 / 2nd Floor 5752 |
| 1/5 Tuesday | 5751 / 5752 1st and 3rd Floors |
| 1/6 Wednesday | 5741 / 5711 1st and 2nd Floor |
| 1/7 Thursday | 5703 / 5745 / 5711 3rd Floors |

**2ND WEEK**
| | |
|---|---|
| 1/11 Monday | 5702 / 5712 / 2nd Floor 5752 |
| 1/12 Tuesday | 5751 / 5752 1st and 3rd Floors |
| 1/13 Wednesday | 5741 / 5711 1st and 2nd Floor |
| 1/14 Thursday | 5703 / 5745 / 5711 3rd Floors |

WILLIAMS, SIDDEEQ  71042050

## NOTICE TO INMATE POPULATION
### December 29, 2020

FCI Fort Dix is experiencing a surge in the number of COVID-19 cases among inmates and staff similar to the current surge in the local community and throughout our country. There are currently active inmate cases on the East and West compounds and the Camp. As a result, numerous units are on isolation and on quarantine status, in accordance with Bureau of Prisons and the Center for Disease Control guidelines.

It is important to continue to follow prevention and control measures such as wearing a mask at all times; frequent sanitation, social distancing and reporting of symptoms; including fever, cough, shortness of breath, new-onset trouble speaking, loss of taste or smell, fatigue, muscle or body aches, sore throat, and stuffy/runny nose, which may occur within 2 to 14 days of exposure.

| AREA TO BE CLEANED | FREQUENCY OF CLEANING | FREQUENCY OF DISINFECTION |
|---|---|---|
| Windows/Window Ledges | Daily | Daily |
| Toilets/Sinks | Daily | Daily |
| Trash Receptacles | Empty three times daily, or as needed; clean daily | Daily |
| Floors, Stairs, and Other Walking Surfaces | Sweep and damp-mop daily | Daily |
| Telephones | Multiple times daily | After each use |
| Microwave Ovens | Clean daily and when visibly dirty | Daily |
| Drinking Fountains | Multiple times daily | Disinfect when cleaning |
| Door/Door Jams | Multiple times daily | Disinfect when cleaning |
| Mop Sinks | Rinse and clean after every use | After each use |
| Mop Buckets | Empty and rinse after every use | After each use |
| Wet-Mop Heads | Replace with a clean mop head after each use | Launder used mop heads daily |
| Dust-Mop Heads | Replace with a clean mop head after each use | Launder used mop heads daily |
| Furnishings | Daily cleaning of multi-use common area furniture (chairs, tables, etc.) | Disinfect when cleaning |

WILLIAMS, SIDDEEQ 71042050

WILLIAMS, Siddeeq
Register No. 71042-050
Remedy No. 1052132-F1

---

**Part B - Response**

This is in response to your Request for Administrative Remedy, in which you request information regarding a legal document you gave to your Unit Team to be mailed.

Records reveal on September 23, 2020, you gave legal mail to your Unit Team which was annotated in the Outgoing Legal Mail logbook with the certified mail slip number 7020 0090 0002 3308 63304. Your Unit Team placed your legal mail in the institution's outgoing mailbox. As of October 22, 2020, a status update is not yet available on the United States Postal Service tracking website. This response if for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Northeast Regional Director, Federal Bureau of Prisons. Your appeal must be received in the Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Streets, Philadelphia, PA. 19106, within 20 calendar days of the date of this response.

_____
David E. Ortiz
Warden

11/02/20
Date

*[signature] 10/13/2020*

| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Williams, Siddeeq__  __71042-050__  __5812__  __FCI Fort Dix West__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

This is a request for assistance and information regarding an important legal document given by me to a Unit 5812 staff member, and logged into legal mail on September 23, 2020, but was never received by the recipient through the U.S. Postal Service. The U.S. Postal Service's website shows no record of that document ever leaving FCI Fort Dix. (U.S.P.S. Tracking Number 7020 0090 0002 3308 6334)

__10·14·20__                                    __[signature] Siddeeq W___
      DATE                                          SIGNATURE OF REQUESTER

**Part B- RESPONSE**



_____                     _____
      DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                     CASE NUMBER: _____

                                               CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

## Unit Outgoing - Certified/Special/Legal Mail

| Date Received | Certified No./ Legal Mail | Inmate's Name & Register Number | Unit | Sender's Name & Return Address | Inmate's Signature of Delivery to Unit Staff | Unit Staff Print/Sign |
|---|---|---|---|---|---|---|
| 11/4/z | | | | | | |
| 11/4/z | | | | | | |
| 11/5/z | | | | | | |
| 11/5/z | | | | | | |
| 11/10/z | | | | | | |
| 11/8/z | | | | | | |
| 11/9/z | | | | | | |
| 11/9/z | legal cert 7020 0040 0002 3308 6372 | Williams, Gordon 71042050 | Q | BOP NERO US Customs House 2nd & Chestnut St 7th Fl. Phil PA 19106 | [signature] | [signature] |

# Unit Outgoing - Certified/Special/Legal Mail

| Date Received | Certified No./ Legal Mail | Inmate's Name & Register Number | Unit | Sender's Name & Return Address | Inmate's Signature of Delivery to Unit Staff | Unit Staff Print/Sign |
|---|---|---|---|---|---|---|
| 9/20/20 | | | | | | |
| 9/21/2020 | | | | | | |
| 9/22/2020 | | | | | | |
| 9/22/2020 | | | | | | |
| 9/23/2020 | Legal 7020 0090 0003 3308 0334 | Siddeeq William 71043-050 | Z-B1b | Administrative Remedy Coordinator Federal Bureau of Prisons 320 1st Avenue N.W. Washington DC 20534 | [signature] | [signature] CAW |
| 9/24/20 | | | | | | |
| 9/24/20 | | | | | | |
| 9/24/20 | | | | | | |