UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Trenton)

United States of America,

v.

Siddeeq Q. Williams.

_____/

Case: 3:17-00484-BRM-1

Honorable Judge
Brian R. Martinotti

MOTION TO FILE UNDER SEAL
Medical Records, Family Information, Background, and Discussion
Filed in Support of Motion for Sentence Reduction
Under 18 U.S.C. § 3582(c)(1)(A)

COMES NOW, Siddeeq Q. Williams. Petitioner Pro Se, to move this Honorable Court to order that the private and personal information located herein in the foregoing letter to the Court, with attachments in support of his Motion for Reduction of Sentence to be filed under seal as to protect his personal, private, and family information.

Respectfully submitted,

Date: 1·11·21

Siddeeq Williams
Reg. No. 71042-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

"SO ORDERED."

Date: 1/20/2021    Brian R. Martinotti, U.S.D.J.

1 of 1