Siddeeq Williams
Reg. No. 71042-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

January 30, 2021

Honorable Brian R. Martinotti
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

RE: <u>United States v. Siddeeq Williams</u>
    <u>Case No. 3:17-CR-00484-BRM-1</u>

Dear Judge:

      I am writing today to update you on the situation here at FCI Fort Dix, as it has changed since I last wrote you on January 7th. As I had previously informed you about the COVID numbers here at FCI Fort Dix, our prison numbers went up as high as 797 inmates with "active" cases, and 33 staff. As of January 29th our numbers of "active" cases reflect 71 inmates and 33 staff. What is eye-opening is that 1,648 inmates at FCI Fort Dix have tested positive for COVID-19. The number of "active" cases is being manipulated by BOP officials because all inmates are being documented by medical staff as "asymptomatic" so that those inmates can be moved into the "recovered" category after 10 days of testing positive, even if the inmate <u>is symptomatic</u>!

      It is expected that the staff's numbers are rising as the Officer's Union, led by Brian Kokotajlo, has filed suit in federal court against the Department of Justice for negligence and disregard of human life for what has happened here at FCI Fort Dix. The staff are suing the government because of how poorly the Bureau of Prisons handled the COVID outbreak at FCI Fort Dix, which resulted in physical injury and death. One inmate has died, more than 1,600 inmates are sick, nearly 100 of the staff have been infected, and now our warden has quit.

      Since my medical appointment was canceled on January 5, 2021, I have submitted additional "sick-call" forms as I am still experiencing serious sickness due to my infection of COVID-19. I have lost the hearing in my left

1

ear, and my blood pressure is very low consistently. Even the efforts of Dr. Kodger, the Associate Warden over Services at FCI Fort Dix, to have me seen by a Physician have failed. I was seen by a Physician's Assistant on January 26th, and was diagnosed by P.A. Ibe as having a "sick ear." I was prescribed antibiotics and my vitals were taken, at which time my blood pressure was back to a normal 110 / 76. My temperature was high at 99.3. The P.A. again took my temperature 5 minutes later and it was now 99.1. The P.A. told me that my temperature was high because of the room that I was in, which was non-sensical because it was moderate temperature in the room. The PA also instructed me not to put in any more sick-calls and that I would need to "wait it out" even if I was in pain.

The "sick-call" forms provided by the Fort Dix medical department have been recently modified to remove the date field in, what appears to be an effort to obsfucate the truth behind the neglecting of inmate's medical needs in a reasonable and timely manner.

On January 7, 2021, Alan Francois out of the 2nd Circuit was released on Compassionate Release from my housing unit (5812). The Court released Francois because Fort Dix medical was unable to provide him with adequate medical care after he had contracted COVID-19.

On January 19th the Government responded to Honorable Renee Bumb out of the District Court of New Jersey as to why the numbers were wrong in the reporting of cases for FCI Fort Dix. In response to the Government, "Interim Warden" James Gibbs filed a Declaration in court. (See Attached: Declaration of James Gibbs) This Declaration is false because, not once during the period of January 14, 2021 to January 19, 2021 did the prison ever list just 57 inmates positive. Claiming that the system has a delay between updates is unacceptable, and more rapid updates are possible. On January 22, 2021, inmate Myron Crosby at FCI Fort Dix died due to COVID-19 and the BOP's reporting site updated the following business day. Daily updates ARE possible and this 3 to 5 day reporting delay is unacceptable.

On January 20, 2021, when President Trump commuted the sentence of Fort Dix inmate Eliyahu Weinstein out of the District of New Jersey, he tested positive for COVID-19 as he was leaving the prison. But, no one from Weinstein's housing unit was tested after he left. Weinstein was living with

2

more than 200 inmates in housing unit 5802. Now, unit 5802 is experiencing a major outbreak 10 days later.

During the week of January 20th, a New Jersey Congressional Delegation, which included Senators Bob Menendez, Cory Booker, as well as Representative Andy Kim, contacted the Inspector General to demand an investigation into the handling of COVID-19 outbreak at FCI Fort Dix. At this same time, Warden David Ortiz at FCI Fort Dix resigned. Reportedly due to pressure over his role in this ongoing debacle.

On January 23, 2021, after the death of Myron Crosby, Associate Warden Dr. Kodger, and two other staffers moved from building to building at Fort Dix in preparation of an investigation. Bureau of Prison's central office staffer McCullough also came to FCI Fort Dix in order to preempt the Inspector General's investigation. The inmates were woken at 6am on January 21st and 22nd, and again on the morning of January 24th, and were instructed to quickly clean the buildings because an important inspection was looming. More than 20 officers, dressed in full riot gear rushed onto the Fort Dix compound with paintball rifles and bear-mace. Officers in masks and stab-vests, with large zip-ties meant for binding inmates, came into Unit 5812 and proceeded to take all of the wooden shelves out of the inmate's lockers; they took blankets and pillows from inmates and had them hauled off to industrial sized dumpsters. Blankets and pillows taken on the coldest day of the year.

Inmates were again woken at 6am on the morning of January 27th and instructed to rapidly clean the building and prepare for inspection. New "Stop-the-Spread" COVID-19 signs were put up all over the facility, and spray bottles full of chemicals were strategically placed throughout the buildings. Later that morning the Inspector General arrived at Fort Dix and toured the facility.

Attached is a Fort Dix commissary schedule (See Attached) in which you can see that only four (4) buildings are open. Building 5841 is open because the Unicor facility needs workers to keep that facility functioning. They have "recovered" all 200 inmates in 5841, even though many of them are still sick and experiencing symptoms. Unit 5811 has never been tested for COVID-19. Unit 5812 (my housing unit) is the "Ground Zero" building which suffered more than 223 COVID-positive inmates, and many of them are still

3

experiencing symptoms. New inmates have been recently moved into 5812, and are now experiencing symptoms of COVID-19. But, the staff are refusing to test those inmates. Yes, there are inmates living in the building hardest hit by COVID-19 at Fort Dix who <u>are sick</u>, and yet have <u>never</u> been tested for COVID-19.

Unit 5712 is a housing unit on the East Compound where COVID-positive inmates from Unit 5812 on the West Compound are now living in order to work in the East Compound kitchen, preparing meals for more than 1,300 inmates, as the East Compound is completely locked down due to COVID-19 infections and shortage of staff. Currently, 79 staffers have tested positive for COVID-19 at FCI Fort Dix.

Your Honor, the situation at FCI Fort Dix is dire and I fear for my life. I'm sick and I'm being ignored by medical staff. Our jailers and medical staff are also sick and are fleeing the situation. We need intervention, and you have the power to force a major change here. Please consider the situation at FCI Fort Dix an "extraordinary and compelling circumstance" which warrants, not only administrative intervention to ensure the safety and well-being of every inmate and staffer at FCI Fort Dix, but which also warrants my immediate release from the custody of the Bureau of Prisons.

Respectfully submitted,

Date: 1-30-21

*Siddeeq Williams*
Siddeeq Williams
Reg. No. 71042-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

## DECLARATION OF JAMES GIBBS

In accordance with the provisions of Section 1746 of Title 28, United States Code, I the undersigned James Gibbs, do hereby make the following declaration:

1. I am an Associate Warden with the Federal Bureau of Prisons, Federal Correctional Institution ("FCI"), Fort Dix, New Jersey ("FCI Fort Dix"). I have held this position since February 2, 2020. I am also currently Acting Warden of FCI Fort Dix.

2. According to the FCI Fort Dix's Health Services Administrator ("the Administrator"), the total number of COVID-19 positive inmates at FCI Fort Dix as of January 19, 2021, is 57. Further, FCI Fort Dix began administering the COVID-19 vaccine to staff this afternoon.

3. It is my understanding that the discrepancy between the number of positive FCI Fort Dix COVID-19 inmates posted on the www.bop.gov and FCI Fort Dix's internal reporting number is due primarily to the lag time between when an inmate has "recovered" and when a member of the FCI Fort Dix medical staff with the necessary access enters that information into the Bureau of Prison's ("BOP") Electronic Medical Records ("BEMR") system, which is the source of the reported numbers on the BOP website. There is also a delay between when information is entered into BEMR and when the BOP Central Office staff change the web site information.

4. When an inmate has "recovered" pursuant to CDC Guidelines, the Administrator or one of the two Assistant Health Services Administrators ("the Administrators") tracks the change from "positive" to "recovered" on a spreadsheet that is used internally at FCI Fort Dix but is not distributed in real-time to the Central Office of the BOP. The Administrators track this information on a daily basis (aside from holidays and weekends). I rely on the Administrators to provide me the accurate daily number of total inmates positive and total inmates recovered. That is FCI Fort Dix's internal positive reporting number.

5. In addition to the internal tracking spreadsheet, when an inmate recovers from COVID-19, the diagnosis code must be updated by FCI Fort Dix medical personnel on the inmate's BEMR chart. Specifically, the code is changed from "current" to "resolved." This diagnosis code is how the BOP Central Office staff obtain the institution's COVID positive number and reports that number on the BOP web site. As noted above, there is often a delay between the inmate's change to "resolved" or recovered status, and the date that FCI Fort Dix medical personnel can make an entry into the inmate's BEMR record. The delay varies based upon, among other things, manpower, amount of entries to be made, and other responsibilities of those making the entries. Prior to the December 2020 outbreak, FCI Fort Dix personnel were timelier in entering the information into the BEMR system since there were less manpower issues based on the low number of positive cases.

6. Positive diagnoses are typically entered into the BEMR system on the date the laboratory test results are received at the institution. Again, if there is a slight delay, it is based on the numerous reasons listed above including manpower and amount of entries to be made.

       I declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

_____             1-19-21
James Gibbs                               Date
Acting Warden
FCI Fort Dix

3

SUBJECT: Covid Death
DATE: 01/25/2021 09:51 PM

FOR IMMEDIATE RELEASE Contact:
Office of Public Affairs
January 22, 2021
202-514-6551
Inmate Death at FCI Fort Dix

WASHINGTON, D.C.: On Monday, December 28, 2020, inmate Myron Crosby tested positive for COVID-19 at the Federal Correctional Institution (FCI) Fort Dix in Fort Dix, New Jersey, and was immediately placed in medical isolation. On Thursday, January 7, 2021, Mr. Crosby was transported to a local hospital for evaluation and treatment due to breathing difficulties. His health continued to decline after being admitted to the hospital. On Friday, January 22, 2021, Mr. Crosby, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.
Inmate Crosby was a 58-year-old male sentenced in the District of Maine to a 168-month sentence for Conspiracy to Distribute and Possession with the Intent to Distribute Heroin. He had been in custody at FCI Fort Dix since September 17, 2019.
FCI Fort Dix is a low security facility with a satellite camp, which together currently house 2,729 male offenders.
The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.
Additional information about the Bureau of Prisons can be found at www.bop..gov. ###

Old Sick Call

# INMATE SICK CALL SIGN-UP SHEET

(Formulario y Registro para Atencion Medica de Confinados)

INSTRUCTIONS (Instrucciones)
You must fill out this form completely, numbers 1-13 (Debe de llenar este formulario completamente, numeros 1-13)

Circle one (Circule uno):  Medical (Medico)   Dental (Dental)

1. Date (Fecha) _____   2. Unit (Unidad) _____   3. Work (Trabajo) _____
4. Name (Nombre) _____
5. Register Number (Numero de Registro) _____
6. Complaint (Queja). What is your main problem? (Cual es su problema?) _____
_____

7. Describe your symptoms (Describe tus simptomas) _____
_____

8. How long have you had this problem? (Desde cuando ha tenido este problema?) _____
9. History of medical problems (Historial de problemas medicos):
   - Diabetes
   - High blood pressure/ Hypertension (presion alta/ hipertension)
   - Heart/Cardiac Disease (enfermedad Corazon/ cardiaca)
   - Immunocompromised (inmunocomprometido)
   - Asthma (asma)

10. History of mental health problems (Historial de problemas mentales):   Yes (Si)   No (No)

11. Are you taking any medications from the commissary? (Esta usted tomando alguna medicina o vitamin?)
_____

12. Rate your pain if any: (0 being no pain, 10 being worst pain you can imagine)

   0____1____2____3____4____5____6____7____8____9____10

   Califique su dolor.  (0 es ningún dolor 10 es el peor dolor que pueda imaginar en un círculo.)

   0____1____2____3____4____5____6____7____8____9____10

13. Have you filled out this form before for this issue? (Has llenado esta forma antes a cerca de asunto?)   Yes (Si)   No (No)

14. Signature (Firma)_____

TO BE FILLED OUT BY MEDICAL PERSONNEL (Personal medico solamente):

Notes:_____
_____
_____

Appointment Date:_____   Appointment Time: _____
Medical Personnel's signature _____   Date: _____

FCI Fort Dix, JBMDL, NJ  06/18

New Sick Call

# FCI FORT DIX HEALTH SERVICES SICK CALL

Name:_____   Register Number:_____

Nombre:_____   Numero:_____

1. What is your MEDICAL PROBLEM?_____
   _____

   Cual es su problema medico?_____
   _____

2. When did your problem begin or how long have you had the problem?_____
   _____

   Cuando comenzo su problema, cuanto tiempo la ha tenido?_____
   _____

3. Rate your pain if any: (0 being no pain, 10 being worst pain you can imagine)
   0_____1_____2_____3_____4_____5_____6_____7_____8_____9_____10

   Califique su dolor.  (0 es ningún dolor 10 es el peor dolor que pueda imaginar en un círculo.)
   0_____1_____2_____3_____4_____5_____6_____7_____8_____9_____10

4. Are you taking medication? (circle one)    Yes    No
   Esta tomando medicina? (circule uno)       Si     No

5. Do you need refills? (circle one)          Yes    No
   Necesita repetir? (circule uno)            Si     No

6. Are you allergic to any foods, latex, and or any medication? (Must be verified through documentation)_____
   _____

   Es usted alérgico a algunos alimentos, látex, y o cualquier medicamento? (Debe ser verificado a través de la documentación)_____
   _____

# COMMISSARY SHOPPING SCHEDULE

This is the schedule you will follow for January 25, 2021 through February 5, 2021.

Quarantine/Isolation Units will be restricted to a $50.00 spending limit plus a radio or MP3 player!!! (NO other additions & NO soda sales, WATER ONLY)

For this period only!!! You will be able to purchase the equivalent of two books of stamps.

If you have an SPO, have the limit available and are on quarantine, you will be able to pick up the SPO above the $50.00 spending limit.

MP3 Players are in stock on both compounds.

## WEST COMPOUND:

**1ST WEEK**
| | |
|---|---|
| 1/25 Monday | 5841 / SHU |
| 1/26 Tuesday | 5802 / 5852 |
| 1/27 Wednesday | 5803 / 5851 |
| 1/28 Thursday | 5812 / 5806 |

**2ND WEEK**
| | |
|---|---|
| 2/1 Monday | SHU / 5852 |
| 2/2 Tuesday | 5802 / 5806 |
| 2/3 Wednesday | 5803 / 5851 |
| 2/4 Thursday | 5811 |

## EAST COMPOUND:

**1ST WEEK**
| | |
|---|---|
| 1/25 Monday | 5751 ALL / 5752 1st and 3rd Floors |
| 1/26 Tuesday | 5741 ALL / 5711 1st and 2nd Floors |
| 1/27 Wednesday | 5703 ALL / 5745 / 5711 3rd Floor |
| 1/28 Thursday | 5702 ALL / 5752 2nd Floor / 5712 ALL |

**2ND WEEK**
| | |
|---|---|
| 2/1 Monday | 5751 ALL / 5752 1st and 3rd Floors |
| 2/2 Tuesday | 5741 ALL / 5711 1st and 2nd Floors |
| 2/3 Wednesday | 5703 ALL / 5745 / 5711 3rd Floor |
| 2/4 Thursday | 5702 ALL / 5752 2nd Floor |

WILLIAMS, SIDDEEQ 71042050