Siddeeq Williams
Reg. No. 71042-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

February 25, 2021

Honorable Brian R. Mariniotti
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re: <u>United States v. Siddeeq Williams</u>
    Case No. 3:17-CR-00484-BRM-1

Dear Judge,

I am writing you today once again to update you on my current situation as it changes daily and is getting worse. As of last week I started feeling like all my COVID-19 symptoms were coming back again. I let the medical department know which I still haven't been seen.

During this period starting on February 19, 2021, the staff here pulled the fire alarm to tell us it's a drill, rushing us outside into the cold weather for at least 2 hours with no coats on, only to be shaking our unit down. Once again, on Tuesday morning, February 23, doing the same thing leaving many inmates including myself to feel sick. Today, on February 25, 2021 I went to sick call to put in another request to be seen by medical staff. A few hours later this time they announced for us to put our coats on for a shakedown. Only today we were outside for 3 hours, forced to eat our lunch outside. Upon coming back, 2 inmates were forced to go to medical and were tested positive for COVID-19. The only reason they were tested is

1

because they weren't there when my building, 5812, tested positive back in October of 2020. One of the inmates was my cellmate in Room 212, bed 1-lower. He's been in my room since December 15, 2020 when they just opened my building back up without ever clearing us.

These dire situations and recklessness on the part of the Fort Dix Administration and lack of leadership from the BOP to control this from happening over and over again really have me fearing for my life under these extraordinary circumstances. Fort Dix has failed to give me proper medical attention for medical conditions they know I have, keeping me at risk to possibly die in here.

May you please allow me to be released to home so I can self quarantine and receive the proper medical attention I need to be with my 5 children who really need me alive and healthy. Thank you very much.

Respectfully Submitted,

Siddeeq Williams