Siddeeq Williams  
Reg. No. 71042-050  
FCI Fort Dix  
P.O. Box 2000  
Joint Base MDL, NJ 08640

March 5, 2021

Honorable Brian R. Martinotti  
United States District Court  
District of New Jersey  
402 East State Street  
Trenton, New Jersey 08608

Re: <u>United States v. Siddeeq Williams</u>  
    <u>Case No. 3:17-CR-00484-BRM-1</u>

Dear Honorable Judge Martinotti,

      I'm writing to you once again to update you on the current situation at hand because it is getting worst by the day, regarding my stay here at Fort Dix and how it relates to my request for Compassionate Release currently before this Court.

      Since my last update over a week ago on February 25, 2021, so much has taken place here. Being that we had 2 positive inmates on this day of the 25th, my building, 5812, was placed on lockdown, leaving all buildings on the West Compound except 5841, which is the UNICOR building, on lockdown. This forced the remaining people in 5841, who didn't work for UNICOR, to work food service starting February 26th.

      On Monday, March 1, 2021, four days after the first two positive cases in my building, 5812, one being my cellie, were removed, most of my building was tested with about a dozen, including myself, not being tested with no expaination as to why we weren't being tested. On that same day, building 5802 was partially let off lockdown just for essential workers being my building worked the whole compound while every building was on lockdown except building 5841, which is UNICOR.

1

On Tuesday, March 2, 2021, I emailed the Warden and Assistant Warden to let them know I wasn't tested and the rest of the building was. I also followed proper procedure and put in a (BP-8) form with my counselor for explanation from medical.

On Wednesday, March 3, 2021, results came back from that Monday's COVID tests. Only 8 people were supposed to have tested positive out of about 200 people including one inmate testing positive for a second time. I also received a response from the Assistant Warden, Dr. Kodger, stating she would forward my inquiry to health services for a response.

On Thursday, March 4, 2021, another inmate is forced to be retested and removed from my building, 5812, after constantly vomiting and having multiple COVID-19 symptoms but supposed to have tested negative on Monday's test. While many other inmates feel sick or are feeling the after affects from having COVID-19, including myself. Also, on this day, building 5841 is placed back on lockdown for someone testing positive.

Today, March 5, 2021, I asked my counselor if he had a response from medical as to why me and other inmates weren't retested and his answer was "My (BP-8) was sent to Mr. Wilk, who's one of the people in charge over at medical, hasn't responded yet."

As of today on the BOP's website, Fort Dix would have you believe that only 42 inmates and 39 staff are infected with 1 inmate death when the truth is may more inmates, including myself, are sick from COVID-19 and its aftereffects. Proof being most of the units being on lockdown alone, just one compound with over 1000 inmates on it. Attached are the two emails for the Warden and Assistant Warden.

Respectfully Submitted,

*Siddeeq Williams*
Siddeeq Williams

2

```
TRULINCS 71042050 - WILLIAMS, SIDDEEQ Q - Unit: FTD-Q-B
```
---

FROM: 71042050 WILLIAMS, SIDDEEQ Q
TO: Warden
SUBJECT: ***Request to Staff*** WILLIAMS, SIDDEEQ, Reg# 71042050, FTD-Q-B
DATE: 03/02/2021 06:13 AM

To:
Inmate Work Assignment: PM YARD

I would like to know why most of my unit was tested yesterday for Covid-19, but I was told I wouldn't be tested with no explanation.

TRULINCS 71042050 - WILLIAMS, SIDDEEQ Q - Unit: FTD-Q-B

---

FROM: AW Services
TO: 71042050 WILLIAMS, SIDDEEQ Q
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/03/2021 06:32 PM

Your inquiry was forwarded to health service for a response.

\>>> ~^!"WILLIAMS, ~^!SIDDEEQ Q" <71042050@inmatemessage.com> 3/2/2021 6:11 AM >>>
To: Dr. Kodger
Inmate Work Assignment: PM YARD

I would like to know why most of my unit was tested yesterday for Covid-19 but I was told that I wasn't going to be tested with no explanation.